✎ CJA 7
(Rev. 2/84)

LOCATION CODE  MIWGR

Docket No. 1:15-cr-00183

**ORDER TERMINATING APPOINTMENT OF COUNSEL**
and/or
**AUTHORIZATION FOR DISTRIBUTION OF AVAILABLE PRIVATE FUNDS**

USA  vs. Michael Aho Kennedy

Check one or both  ☐  ☒

WHEREAS, __Richard D. Stroba__ was appointed as counsel for the above defendant/petitioner, on the __14__ day of __October__, 20 __15__ ; and

WHEREAS, the court finds that funds are available from or on behalf of the above named defendant/petitioner for payment of compensation and expenses of court-appointed counsel and/or for other services necessary for adequate representation, and that the above defendant/petitioner is therefore financially able to obtain counsel or to make partial payment for representation, and/or for other services necessary for adequate representation;

IT IS THEREFORE:

Check one or both

☐ ORDERED that the appointment of said counsel is hereby terminated.

☒ AUTHORIZED/DIRECTED that such funds in the amount of $ __250.00 per month__ be paid by said defendant/petitioner or by __his or her representatives__ as follows:

*(enter specific terms of repayment, i.e., date due if lump-sum payment; schedule and amounts of each payment if installment payment.)*

Defendant shall reimburse the government for fees and expenses of court appointed counsel at the rate of __$250.00__ per month commencing on __November 1, 2015__ and continuing thereafter on the first day of each month. Reimbursement shall not exceed the total claimed by __the Federal Public Defender__ for services performed and expenses incurred.

Dated this __October__ day of __14th__, 20 __15__ .

__/s/ Phillip J. Green__
U. S. Magistrate Judge

Checks are to be made payable to Clerk, U.S. District Court, and sent to 399 Federal Building, 110 Michigan Street, N.W., Grand Rapids, MI  49503