UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,                      No. 1:15-CR-183

      v.                              Hon. Janet T. Neff
                                          United States District Judge

MICHAEL AHO KENNEDY,

        Defendant.
_____/

## ORDER OF FORFEITURE FOR A MONEY JUDGMENT

The government's Motion for an Order of Forfeiture for a Money Judgment details the procedural and factual predicate for the entry of the requested order. The record fully supports the recitals in the government's motion. Accordingly, based on all matters of record, IT IS ORDERED:

      1.      That Defendant Michael Aho Kennedy shall forfeit to the United States the sum of $67,000 in United States currency pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) in lieu of the real property 317 Hill Crest Drive, Petoskey, Michigan, more fully described as:

> LOT 21, PLAT OF VANTAGE VIEW, SECTION 12, T34N, R6W. RESORT TOWNSHIP, EMMET COUNTY, MICHIGAN, AS RECORDED IN LIBER 10 OF PLATS, PAGES 40 AND 41.

Parcel No. 13-18-12-276-017.

Titled in the name of Grant Macdonald-Aho Kennedy.

      2.      That pursuant to the terms of Defendant's plea agreement with the Government, he shall pay the full amount of the forfeiture money judgment not later than 28 days prior to his

sentencing date by obtaining a cashier's check in the amount of $67,000 made payable to the "U.S. Department of Treasury" and delivering such check to the U.S. Attorney's Office, Western District of Michigan, P.O. Box 208, Grand Rapids, MI 49501-0208.

3. That upon receipt of the $67,000 from the Defendant, the government shall release the real property of 317 Hill Crest Drive, Petoskey, Michigan, from forfeiture.

4. That the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

5. That pursuant to Fed. R. Crim. P. 32.2(b)(4)(B), this Order of Forfeiture shall be made part of the Defendant's sentence and included in the judgment.

6. That the Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

**SO ORDERED.**

Dated: _____        _____
                                    JANET T. NEFF
                                    United States District Judge