UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,                No. 1:15-CR-183

    v.                            Hon. Janet T. Neff
                                     United States District Judge

MICHEL AHO KENNEDY,

        Defendant.
_____/

## SECOND ORDER OF FORFEITURE FOR A MONEY JUDGMENT

The government's Second Motion for an Order of Forfeiture for a Money Judgment details the procedural and factual predicate for the entry of the requested order. The record fully supports the recitals in the government's motion. Accordingly, based on all matters of record, IT IS ORDERED:

1. That Defendant Michael Aho Kennedy shall forfeit to the United States the sum of $1,147,898.30 in United States currency pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. That the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

3. That pursuant to Fed. R. Crim. P. 32.2(b)(4), this Order of Forfeiture shall become final as to Defendant Michael Aho Kennedy at the time of sentencing, and shall be made part of the sentence and included in the judgment.

1

4. That the Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

**SO ORDERED.**


Dated: _____          _____
                                      JANET T. NEFF
                                      United States District Judge