UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                                   Case No: 1:15-cr-183

v.                                                 HON. JANET T. NEFF

MICHAEL AHO KENNEDY,

      Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed on December 1, 2015 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (Dkt 21) is approved and adopted as the opinion of the Court.

2. Defendant's pleas of guilty are accepted and defendant is adjudicated guilty of the charges set forth in Counts Six and Eight of the Indictment.

3. The written plea agreement is hereby continued under advisement pending sentencing.


Dated: December 21, 2015                             /s/Janet T. Neff
                                                                 JANET T. NEFF
                                                                   United States District Judge