**UNITED STATES DISTRICT COURT**
**IN THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

         Plaintiff,

vs.

MICHAEL AHO KENNEDY

         Defendant.
_____/

Case No. 1:15-CR-183
Hon. Janet T. Neff

**APPEARANCE**

         Timothy Hillegonds of Warner Norcross & Judd LLP, hereby appears as counsel on behalf of Chemical Bank in this case.  We request that all notices given or required to be given in the case and all papers served or required to be served in this case be given to and served upon the undersigned at the office, address, and telephone number set forth below.

         WARNER NORCROSS & JUDD LLP
         Attorneys for Chemical Bank

Dated: May 3, 2016

By: /s/ Timothy Hillegonds
         Timothy Hillegonds (P25555)
         Emily S. Rucker (P79228)
         900 Fifth Third Center, 111 Lyon St.
         Grand Rapids, MI 49503
         thillegonds@wnj.com
         (616) 752-2132

14331136-1