UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

      v.

MICHAEL AHO KENNEDY,

    Defendant,

and

MICHIGAN PUBLIC SCHOOL
EMPLOYEES  RETIREMENT SYSTEM,
OFFICE OF RETIREMENT SERVICES,

    Garnishee.
_____/

Case No. 1:15CR183-01

Hon. Janet T. Neff
United States District Judge

## APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) and Local Civil Rule 77.3 to the Clerk of the United States District Court to issue a Writ of Continuing Garnishment upon the judgment entered against the Defendant Michael Aho Kennedy whose last known address was in New Haven, Michigan in the above cited action in the amount of $1,388,667.62.  The sum of $0.00 has been credited to the judgment debt, leaving a total balance due of $1,388,667.02, as of May 13, 2016.

Demand for payment of the above-stated debt was made on April 11, 2016.  Not less than 30 days has elapsed since demand for payment was made and the judgment debtor has failed to satisfy the debt.  The Garnishee is believed to owe or will owe money or property to the judgment debtor, or is in possession of property of the debtor, and said property is a nonexempt interest of the debtor.

The name and address of the Garnishee or his authorized agent is:

    Michigan Public School Employees Retirement System
    Attn: Plan Administrator
    Department of Management & Budget
    Offices of Retirement Services
    Post Office Box 30171
    Lansing, MI 48909

    Respectfully submitted,

    PATRICK A. MILES, JR.
    United States Attorney

Date:  June 3, 2016

    /s/Jennifer S. Murnhan
    JENNIFER S. MURNAHAN
    Assistant United States Attorney
    Post Office Box 208
    Grand Rapids, MI  49501-0208
    (616) 456-2404
    jennifer.murnahan@usdoj.gov