UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,                         Case No. 1:15CR183-01

           v.                      Hon. Janet T. Neff
                                      United States District Judge

MICHAEL AHO KENNEDY,

     Defendant,

and

MICHIGAN PUBLIC SCHOOL
EMPLOYEES RETIREMENT SYSTEM,
OFFICES OF RETIREMENT SERVICES,

     Garnishee.
_____/

WRIT OF CONTINUING GARNISHMENT

NOTICE TO:  MICHIGAN PUBLIC SCHOOL EMPLOYEES RETIREMENT
               SYSTEMS, OFFICES OF RETIREMENT SERVICES

An Application For Writ of Continuing Garnishment against the property of Michael Aho Kennedy defendant, has been filed with this Court.  A judgment has been entered against the above-named defendant in the amount of $1,388,667.62.

You are required by law to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control or possession, any property owned by the debtor, including non-exempt, disposable earnings.

Please state whether or not you anticipate paying the debtor any future payments and whether such payments are weekly, bi-weekly or monthly.

You must file the original written answer to this writ, within ten (10) days of your receipt of this writ, with the United States District Court Clerk at: United States District Court, 110 Michigan St., Room 399, Grand Rapids, MI 49503.  Additionally, you are required by law to serve a copy of the answer to this writ upon the debtor at his/her last known address; and upon the United States Attorney: P. O. Box 208, Grand Rapids, MI 49501-0208.

Under the law, there is property which is exempt from this Writ of Garnishment.

Property which is exempt and which is not subject to this order is listed on the CLAIM FOR EXEMPTION FORM, attached to the ADDENDUM - NOTICE, following herein.

Pursuant to 15 U.S.C. §1674, the Garnishee is prohibited from discharging the defendant from employment by reason of the fact that his earnings have been subject to garnishment for any one indebtedness.

If you fail to answer this writ or withhold property in accordance with this writ, the United States of America may petition the Court for an order requiring you to appear before the Court.  If you fail to appear or do appear and fail to show good cause why you failed to comply with this writ, the Court may enter a judgment against you for the value of the debtor's non-exempt property. It is unlawful to pay or deliver to the Defendant any item attached by this writ.

THOMAS L. DORWIN, Clerk
U. S. District Court
Western District of Michigan


Date: _____          _____
                                                                    Deputy Clerk