IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 1:15-CR-183 |
| Michael Aho Kennedy | ) ) ) |
| Defendant. | ) ) |

DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on April 08, 2016 and ending on May 07, 2016.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 06, 2016 at Grand Rapids, MI.

_____
Cindy Vine
Paralegal

Exhibit 1

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# COURT CASE NUMBER: 1:15-CR-183; NOTICE OF FORFEITURE

Notice is hereby given that on April 06, 2016, in the case of <u>U.S. v. Michael Aho Kennedy</u>, Court Case Number 1:15-CR-183, the United States District Court for the Western District of Michigan entered an Order condemning and forfeiting the following property to the United States of America:

Real property of 317 Hillcrest Drive, Petoskey, Michigan. Titled in the name of Grant MacDonald Aho Kennedy. (16-IRS-000014) Parcel # 13-18-12-276017

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (April 08, 2016) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 399 Federal Building, 110 Michigan Street, N.W., Grand Rapids, MI  49503, and a copy served upon Assistant United States Attorney Joel Fauson, 330 Ionia, N.W., Grand Rapids, MI  49503. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

Exhibit 1



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between April 8, 2016 and May 07, 2016. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Michael Aho Kennedy

**Court Case No:**           1:15-CR-183
**For Asset ID(s):**         See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date the Advertisement Appeared on the Web Site | Hours the Web Site was Available during Calendar Day | Verification that Advertisement appeared on Web Site |
|---|---|---|---|
| 1  | 04/08/2016 | 24.0 | Verified |
| 2  | 04/09/2016 | 24.0 | Verified |
| 3  | 04/10/2016 | 24.0 | Verified |
| 4  | 04/11/2016 | 24.0 | Verified |
| 5  | 04/12/2016 | 24.0 | Verified |
| 6  | 04/13/2016 | 24.0 | Verified |
| 7  | 04/14/2016 | 24.0 | Verified |
| 8  | 04/15/2016 | 24.0 | Verified |
| 9  | 04/16/2016 | 24.0 | Verified |
| 10 | 04/17/2016 | 24.0 | Verified |
| 11 | 04/18/2016 | 24.0 | Verified |
| 12 | 04/19/2016 | 24.0 | Verified |
| 13 | 04/20/2016 | 24.0 | Verified |
| 14 | 04/21/2016 | 20.6 | Verified |
| 15 | 04/22/2016 | 24.0 | Verified |
| 16 | 04/23/2016 | 24.0 | Verified |
| 17 | 04/24/2016 | 24.0 | Verified |
| 18 | 04/25/2016 | 24.0 | Verified |
| 19 | 04/26/2016 | 24.0 | Verified |
| 20 | 04/27/2016 | 24.0 | Verified |
| 21 | 04/28/2016 | 24.0 | Verified |
| 22 | 04/29/2016 | 24.0 | Verified |
| 23 | 04/30/2016 | 24.0 | Verified |
| 24 | 05/01/2016 | 24.0 | Verified |
| 25 | 05/02/2016 | 24.0 | Verified |
| 26 | 05/03/2016 | 24.0 | Verified |
| 27 | 05/04/2016 | 24.0 | Verified |
| 28 | 05/05/2016 | 24.0 | Verified |
| 29 | 05/06/2016 | 24.0 | Verified |
| 30 | 05/07/2016 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

Exhibit 1