**U.S. Department of Justice**

Patrick A. Miles, Jr.
United States Attorney
Western District of Michigan

*The Law Building*
*330 Ionia Avenue, NW*
*Suite 501*
*Grand Rapids, Michigan 49503*

*Mailing Address:*
*United States Attorney's Office*
*Post Office Box 208*
*Grand Rapids, Michigan 49501-0208*

*Telephone (616) 456-2404*
*Facsimile (616) 456-2408*

April 13, 2016

**CERTIFIED MAIL # 7013-2250-0001-6509-7563**
**RETURN RECEIPT REQUESTED**

Bank of Northern Michigan
201 Howard Street
Petoskey, MI 49770

Re:   *United States vs. Michael Aho Kennedy*
      File No. 1:15-CR-183
      Real Property: 317 Hillcrest Drive, Petoskey, MI

To Whom it May Concern:

Enclosed please find a Preliminary Order of Forfeiture in the above referenced case. If you wish to contest this matter, you have thirty (30) days from receipt of this notice to petition the court for a hearing to adjudicate the validity of any alleged interest in the property pursuant to Title 21, United States Codes, Section 853(n)(2).

If you have any questions, please contact me.

Sincerely,

PATRICK A. MILES, JR.
United States Attorney

JOEL S. FAUSON
Assistant United States Attorney

JSF/cv
Enclosure

Exhibit 2



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Bank of Northern Michigan
   401 Howard Street
   Petoskey, MI 49770

   Exhibit 2

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature] Julie Mu____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Gabriel Monroe                4-18-

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail®     ☐ Priority Mail Express™
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7013 2250 0001 6509 7563

PS Form 3811, July 2013    Domestic Return Receipt

**U.S. Department of Justice**

Patrick A. Miles, Jr.
United States Attorney
Western District of Michigan

| | | |
|---|---|---|
| *The Law Building*<br>*330 Ionia Avenue, NW*<br>*Suite 501*<br>*Grand Rapids, Michigan 49503* | *Mailing Address:*<br>*United States Attorney's Office*<br>*Post Office Box 208*<br>*Grand Rapids, Michigan 49501-0208* | *Telephone (616) 456-2404*<br>*Facsimile (616) 456-2408* |

April 15, 2016

**CERTIFIED MAIL # 7013-2250-0001-6509-7945**
**RETURN RECEIPT REQUESTED**

Timothy Hillegonds, Esq.
Warner Norcross & Judd LLP
111 Lyon Street NW, Suite 900
Grand Rapids, MI 49503-2487

    Re:    *United States vs. Michael Aho Kennedy*
            File No. 1:15-CR-183
            Real Property: 317 Hillcrest Drive, Petoskey, MI

Dear Mr. Hillegonds:

    Enclosed please find a Preliminary Order of Forfeiture in the above-referenced case. From our recent conversation, you informed me that your client, Chemical Bank, holds an interest in 317 Hillcrest Drive, Petoskey, Michigan. Be advised that this letter serves as notice that, under the law, your client has thirty (30) days from receipt of this letter to petition the court for a hearing to adjudicate the validity of its interest in the property pursuant to 21 U.S.C. § 853(n)(2).

    Please forward to me a copy of the mortgage instrument and any other pertinent documents that give rise to your client's interest, as well as the current payoff balance of any loan(s). If your client has a legally valid interest in this property, I suspect we will be able to reach a mutually agreeable settlement. To that end, please contact me at your earliest convenience so we can discuss a settlement. I can be reached at 616-808-2062.

                                          Sincerely,

                                          PATRICK A. MILES, JR.
                                          United States Attorney

                                          JOEL S. FAUSON
                                          Assistant United States Attorney

JSF/cv
Enclosure

Exhibit 2

33-JTN ECF No. 56-2, PageID.387 Filed 06/2...

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Exhibit
Timothy Hillegonds, Esq.
Warner Norcross & Judd LLP
111 Lyon Street NW, Suite 900
Grand Rapids, MI 49503-2487

2. Article Number
*(Transfer from service label)*

7013 2250 0001 6509 7945

PS Form 3811, July 2013 — Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_ ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* — Stuk

C. Date of Delivery: 4-18-16

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail®
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ Collect on Delivery
☐ Priority Mail Express™

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

U.S. Department of Justice

Patrick A. Miles, Jr.
United States Attorney
Western District of Michigan

*The Law Building*
*330 Ionia Avenue, NW*
*Suite 501*
*Grand Rapids, Michigan 49503*

*Mailing Address:*
*United States Attorney's Office*
*Post Office Box 208*
*Grand Rapids, Michigan 49501-0208*

*Telephone (616) 456-2404*
*Facsimile (616) 456-2408*

April 13, 2016

**CERTIFIED MAIL # 7013-2250-0001-6509-7556**
**RETURN RECEIPT REQUESTED**

Barbara Salo
P.O. Box 828
Bellaire, MI 49615

Re:   *United States vs. Michael Aho Kennedy*
      File No. 1:15-CR-183
      Real Property: 317 Hillcrest Drive, Petoskey, MI

Dear Ms. Salo:

Enclosed please find a Preliminary Order of Forfeiture in the above referenced case. If you wish to contest this matter, you have thirty (30) days from receipt of this notice to petition the court for a hearing to adjudicate the validity of any alleged interest in the property pursuant to Title 21, United States Codes, Section 853(n)(2).

If you have any questions, please contact me.

                                        Sincerely,

                                        PATRICK A. MILES, JR.
                                        United States Attorney

                                        /s/ Joel S. Fauson

                                        JOEL S. FAUSON
                                        Assistant United States Attorney

JSF/cv
Enclosure

Exhibit 2



USPS Return Receipt (PS Form 3811, July 2013)

- Article Addressed to: Barbara Salo, P.O. Box 828, Bellaire, MI 49615
- Received by (Printed Name): Kenneth W. Salo
- Signature: Kenneth W. Salo (Agent)
- Date of Delivery: 4/18/16
- Service Type: Certified Mail; Return Receipt for Merchandise
- Article Number: 7013 2250 0001 6509 7556

Exhibit 2