

Exhibit 3



Exhibit 3