United States District Court
Western District of Mich.

United States of America
Plaintiff

v

Michael Aho Kennedy
Defendant
and
Michigan Public School Employees Retirement System, Offices of Retirement Services
Garnishee

Case 1:15CR 183-01
JTN

FILED - GR
July 11, 2016 10:34 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns   SCANNED BY: kw / 7-11

## Defendant's Response to Garnishee's Answer

Michael Aho Kennedy ("Kennedy") Defendant, in proper, responds to Michigan Public School Employees Retirement System's Answer Of The Garnishee ("ORS") saying:

1. ORS (via "Amy Wheeler") has

-1-

provided Kennedy with a partially illegible photocopy of its <u>Answer Of The Garnishee</u>.

2. Kennedy has earlier (June 23, 2016) filed with this Court's Clerk his <u>Request for Hearing and Objections To Writ of Garnishment and Motion</u>. Additional filings, of course, were to the US Attorney, Western Dist., US District Court, and ORS.

3. Without waiving any of Kennedy's said <u>Objections</u> to Plaintiff's Application for a Writ of Garnishment, Kennedy objects now to Garnishee's <u>Answer Of The Garnishee</u> stating:

   A. ORS has admitted that the 57th Circuit Court has already seized Kennedy's ORS pension account.

   B. Because the ORS pension account is already seized

-2-

by a circuit court, the Garnishee cannot claim in its Answer that <u>any disposable earnings are available</u> for garnishment.

C. ORS, also, has patently mis-calculated the dollar amount on line "4" ("Test I") and therefore also line 8, 9 of its Answer

D. ORS' line 4 (and line 8) if true should read $421.13. (25% of $1,684.53 = $421.13, as well as on line 9.

E. <u>Service</u>: Kennedy has served this Response by first class mail on July 8, 2016; upon: US Atty Jennifer S. Murnahan, US District Court, Western Dist, POB 208, Grand Rapids, MI 49501-0208; and Michigan Public School Employees Retirement System: Attn: Plan Adm., Dept of Mgt & Budget, Offices of Retirement Services, POB 30171, Lansing Michigan 48909

-3-

Wherefore, Kennedy asks this Court to:

A. Reject and disregard ORS's Answer as patently defective in both mathematical calculations and law (ie. ORS's right to withhold any pension payment) because of the Circuit Court's seizure of ORS' pension account.

B. Quash Plaintiff's Application for a Garnishment Writ pursuant to additional arguments by Kennedy already filed with this Court on 6/23/16.

Signed:         dated July 7, 2016

*[signature]*

Michael Kennedy 972647
Macomb Correctional Facility
34625 26 Mile Rd
New Haven, MI 48048

Michael Kennedy 972647
Macomb Correctional Facility
34625 26 Mile Rd
New Haven, MI 48048

Clerk of the Court
U.S. District Court, Western Dist.
Gerald R. Ford Bldg - Rm. 399
110 Michigan Ave.
Grand Rapids, MI 49503