UNITED STATES OF AMERICA
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - -

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL AHO KENNEDY,

    Defendant,

and

MICHIGAN PUBLIC SCHOOL EMPLOYEES
RETIREMENT SYSTEM, OFFICES OF
RETIREMENT SERVICES,

    Garnishee.

_____/

Case No. 1:15CR183-01

Hon. Janet T. Neff
United States District Judge

## GARNISHEE ORDER

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on July 5, 2016, stating that at the time of the service of the Writ it had in its possession or under its control a monthly benefit of $1,263.39 due the defendant from the Michigan Public School Employees Retirement System, Offices of Retirement Services.

IT IS ORDERED that Garnishee pay twenty-five percent (25%) of the defendant/debtor's disposable earnings to Plaintiff, **UNITED STATES DISTRICT COURT**, 399 Federal Building, 110 Michigan Ave., N.W., Grand Rapids, Michigan 49503, and continue said

payments until the debt to the Plaintiff is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this court.

                    THOMAS L. DORWIN, Clerk
                    United States District Court
                    Western District of Michigan

Dated: August 11, 2016      /s/Carole Poggi
                                      Deputy Clerk